**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7344**

MICHAEL OWEN HARRIOT,

Plaintiff - Appellant,

v.

DOJ, Jeff Sessions-Former U.S. Attorney General; IRENE JOSEY, Former U.S. Attorney; STACEY D HAYNES, AUSA; SCARLET A. WILSON, Former AUSA; ROBERT WAIZENHOFFER, FBI Special Agent; RODNEY PRITCHARD, FBI Special Agent; CHARLES KLATZ, FBI Special Agent; FBI; UNKNOWN INS AGENTS, Department of Homeland Security; UNKNOWN SHERIFFS, Richland County Sheriff Department,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:18-cv-03164-JFA)

Submitted:  December 17, 2019                    Decided:  December 20, 2019

Before KING, FLOYD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Owen Harriot, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Owen Harriot appeals the district court's order accepting the recommendation of the magistrate judge and dismissing under 28 U.S.C. § 1915(e)(2)(B) (2012) his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we deny Harriot's motion for transcripts at government expense and affirm based on the district court's holding that Harriot's complaint is barred by the statute of limitations. *Harriot v. DOJ*, No. 3:18-cv-03164-JFA (D.S.C. Sept. 12, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*